FIRST TRUST & DEPOSIT COMPANY, Respondent, *v.* SYRDELCO, INC., et al., Defendants, and LOUIS L. HURWITZ et al., Appellants.

Argued June 1, 1937; decided July 13, 1937.

*Benjamin E. Shove* for appellants.

*H. Duane Bruce* and *Donald H. Yeomans* for respondent.

Appeal dismissed, with costs. Appellants are not aggrieved parties. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.